FILED

02/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0287

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0287

---

PLANNED PARENTHOOD OF MONTANA;
ALL FAMILIES HEALTHCARE;
BLUE MOUNTAIN CLINIC; SAMUEL
DICKMAN, M.D., and HELEN WEEMS,
APRN-FNP, on behalf of themselves and their
patients,

        Plaintiffs and Appellees,

   v.

STATE OF MONTANA; MONTANA
DEPARTMENT OF PUBLIC HEALTH
AND HUMAN SERVICES; and CHARLIE
BRERETON, in his official capacity
as Director of the Department of Public Health and
Human Services,

        Defendants and Appellants.

**O R D E R**

---

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the brief electronically filed by Amici Curiae Legal Voice, Montana Coalition Against Domestic & Sexual Violence, Sexual Violence Law Center, Asian Pacific Institute on Gender-Based Violence, Coalition Ending Gender-Based Violence, and The National Domestic Violence Hotline on February 21, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

M. R. App. P. 11(4)(a) states that amicus briefs shall not exceed 5,000 words. M. R. App. P. 11(4)(d) states that the word and page limits under this rule do not include table of contents, table of citations, certificate of service, certificate of compliance, or any appendix containing statutes, rules, regulations, and other pertinent matters. Despite certifying its compliance with the Rule, Amici have not complied with the word limit.

Amici certified that the brief did not exceed 3,350 words, however this word count only includes the body of the brief, without any word count for the brief's footnotes. Additionally, Amici included no citations within the body of its brief, but rather placed all citations within the brief's uncounted footnotes. When counting all footnotes within the brief, the word count exceeds 5,500, and extended the brief beyond its limit of 5,000 words.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order Amici Curiae Legal Voice, Montana Coalition Against Domestic & Sexual Violence, Sexual Violence Law Center, Asian Pacific Institute on Gender-Based Violence, Coalition Ending Gender-Based Violence, and The National Domestic Violence Hotline shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Amici and to all parties of record.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
February 23 2024